**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>John Wesley Jackson, Jr.<br>85 Fern Drive<br>Forsyth, GA  31029 | CHAPTER 13<br><br>**Case Number:** 13-51203-JPS<br><br>**ATTORNEY:**  JASON M. ORENSTEIN, PC |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $2,199.00 in unclaimed funds on behalf of the below-referenced debtor. The last known address for the debtor is as follows:

John Wesley Jackson, Jr.
85 Fern Drive
Forsyth, GA  31029

**DATED:** March 28, 2014

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**